UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAIG KRIKORIAN,<br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br><br>Defendant. | Case No: 2:26-cv-03572-CV-SSC<br><br>**JUDGMENT** |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment. Doc. # 12 ("Stipulation").

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED: 8/19/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE